**大成 DENTONS**

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

July 27, 2022

<u>**VIA ECF**</u>

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted in part and denied in part. This case will not be stayed at this time, but the deadline for Defendant to respond to the Complaint is extended from July 27, 2022 to September 12, 2022.
>
> SO ORDERED:
>
> /s/ Vernon Broderick   07/28/22
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE

Re:   *Williams v. American Soft Linen LLC,* Case No. 1:22-cv-02613-VSB

Dear Judge Broderick:

We represent Defendant American Soft Linen LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from July 27, 2022 to September 12, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)

**Sirote ►  Adepetun Caxton-Martins Agbor & Segun ►  Davis Brown ►  East African Law Chambers ►  Eric Silwamba, Jalasi and Linyama ►
Durham Jones & Pinegar ►  LEAD Advogados ►  Rattagan Macchiavello Arocena ►  Jiménez de Aréchaga, Viana & Brause ►  Lee International ►
Kensington Swan ►  Bingham Greenebaum ►  Cohen & Grigsby ►  Sayarh & Menjra ►  For more information on the firms that have come together
to form Dentons, go to dentons.com/legacyfirms**